UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| STEVEN EDWARDS, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 1:06-cv-0798-DFH-TAB |
| | ) |
| STANLEY KNIGHT, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

_____
DAVID F. HAMILTON, Judge
United States District Court

Date: 10/10/2006

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distribution:

Steven Edwards
DOC #936885
Westville Correctional Center
P.O. Box 473
Westville, IN 46391-0473

David L. Steiner
INDIANA STATE ATTORNEY GENERAL
dsteiner@atg.state.in.us